**Dismissed and Memorandum Opinion filed May 8, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-12-00152-CV**
_____

**JOHN C. OSBORNE, Appellant**

**V.**

**PATRIOT BANK, Appellee**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1003835**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed February 2, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On April 4, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.